IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JODI HAMMEL | CIVIL ACTION |
|---|---|
| v. | NO. 11-7698 |
| GREENWOOD GAMING AND ENTERTAINMENT, INC. | |

**ORDER**

**AND NOW, TO WIT:** This 15th day of January, 2013, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** /s/ Joanne B. Bryson
Joanne B. Bryson
Deputy Clerk

cc:   Adam C. Lease, Esquire (alease@karpf-law.com)
      Ari Risson Karpf, Esquire (akarpf@karpf-law.com)
      Andrew J. Kramer, Esquire (akramer@kanepugh.com)

O:\CIVIL 11\11-7698 hammel v. greenwood\11cv7698.011513.41b.doc